FILED 05 AUG '20 14:23 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00318-SI |
| v. | INDICTMENT |
| ELIZABETH MARIE LAMBRIGHT, | 21 U.S.C. §§ 841(a)(1), (b)(1)(A) |
| Defendant. | Forfeiture Allegation |

THE GRAND JURY CHARGES:

### COUNT 1
(Possession with Intent to Distribute Heroin)
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about June 5, 2020, in the District of Oregon, defendant **ELIZABETH MARIE LAMBRIGHT**, did unlawfully, knowingly, and intentionally possess with intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

//
//
//
//
//

## FIRST FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: August 5th, 2020          A TRUE BILL.

███████████████████████
OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

*/s/ Ashley Cadotte*
ASHLEY R. CADOTTE, OSB #122926
Assistant United States Attorney