IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 3:20-cr-318-SI |
| | **ORDER CONTINUING SUPERVISED RELEASE** |
| **ELIZABETH MARIE LAMBRIGHT** | |
| Defendant. | |

**Michael H. Simon, District Judge.**

On November 7, 2024, Defendant appeared with counsel at a hearing to determine whether Defendant's term of supervised release should be revoked. The Court found Defendant had violated the conditions of her supervised release by using a controlled substance, in violation of Mandatory Condition No. 3; and by failing to report for drug testing, in violation of Special Condition No. 3.

It appearing to the Court that Defendant is suitable for continued community supervision.

**IT IS ORDERED** that Defendant's term of supervised release is continued, subject to the previously imposed mandatory, standard, and special conditions.

Dated this 7th day of November 2024.

_____
Michael H. Simon
United States District Judge

PAGE 1 – ORDER CONTINUING SUPERVISED RELEASE