UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

**Petition for Warrant or Summons for Person Under Supervision**

Person Under Supervision: Elizabeth Marie Lambright     Case Number: 3:20CR00318-1 SI
USM Number: 81972-065

Name of Sentencing Judicial Officer: The Honorable Michael H. Simon
U.S. District Judge

Date of Original Sentence: October 11, 2023

Original Offense: Possession with Intent to Distribute Heroin

Original Sentence: 4 months imprisonment (Time Served) and 5 years supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: October 11, 2023
Expiration Date: October 10, 2028

---

**PETITIONING THE COURT**

[X]     To issue a summons

The probation officer believes that the person under supervision has violated the following conditions of supervision:

**Violation Number**

Mandatory Condition #3: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Nature of Noncompliance**

On May 29, 2025, this officer conducted an announced home inspection of Lambright's new residence. She was requested to submit a drug test via an oral swab, but she was unable to successfully submit to the test due to a reported dry mouth. She then admitted verbally to using methamphetamine on Tuesday, May 27, 2025. She was told to report to the Salem Probation office on May 30, 2025, at 9:00am to sign an admission of drug use form and discuss her supervision.

**Violation Number**

Standard Condition #5: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Nature of Noncompliance**

On May 15, 2025, an anonymous source contacted this officer to advise that Lambright had moved from her approved residence in Salem, Oregon and was staying in Keizer, Oregon. This officer attempted to communicate with Lambright on May 15, 18, and 20, 2024, to discuss her supervision and her residence as she failed to request permission to change her residence. On May 20, 2025, she contacted this officer to advise she would provide the address the following day. On May 21, 2025, she contacted this officer and provided her current address. She was scheduled for an announced home inspection of the Keizer, Oregon residence on Friday, May 23, 2025. She confirmed she would be present at the home.

**Violation Number**

Standard Condition #6: You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

**Nature of Noncompliance**

On May 23, 2025, Lambright failed to be present at her new residence to complete the announced home inspection. Contact was made with her family member, but Lambright was no where to be found. This officer attempted to contact her by phone, but she failed to communicate with this officer. Lambright finally, contacted this officer on Monday, May 26, 2025, and she was scheduled for a second announced home inspection on Thursday, May 29, 2025.

**Violation Number**

Standard Condition #13: You must follow the instructions of the probation officer related to the conditions of supervision.

**Nature of Noncompliance**

During a home inspection on May 29, 2025, Lambright was told to report to the Salem Probation office on Friday, May 30, 2025, at 9am. She responded "Ok…I'll see you tomorrow". On May 30, 2025, Lambright failed to report as instructed.  This officer attempted to call her and sent her text communications to determine if she would be reporting to the office as directed, but she failed to communicate with this officer and did not report to the Salem Probation Office.

**U.S. Probation Officer Recommendation:** On November 7, 2024, Lambright was continued on supervision. Since this time, the Court has been notified on two occasions, January 13, 2025, and April 23, 2025, of Lambright's continued use of controlled substances and failure to submit to drug testing. The probation office requested the Court take no adverse action in order to continue to work with her and provide her the opportunity to turn her behavior around. However, Lambright has currently elected to continue to use controlled substance and is now being uncooperative with this officer and supervision in general.

Based on the above allegations, probable cause has been established that a violation of supervised release has been committed. It is recommended the Court order the issuance of a Summons and Order to Show cause why defendant's term of supervised release should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2025

Respectfully submitted,

by _____
Wayne Poton
Senior U.S. Probation Officer
Date:  June 2, 2025

Approved,

by _____
Johnathan M. Smith
Supervisory U.S. Probation Officer
Date:  June 2, 2025

THE COURT ORDERS:

☐ No Action
☐ The Issuance of a Warrant
☒ The Issuance of a Summons:

| | |
|---|---|
| Appearance Date: | **Wednesday, June 18, 2025** |
| Appearance Time: | **1:30 PM** |
| Courthouse: | **Mark O. Hatfield/Portland, Oregon** |
| Courtroom Number: | **1327** |

☐ Telephonic Status Conference
☐ Other

_____
Signature of Judicial Officer

  June 3, 2025
Date