AO 83 (Rev. 06/09) Summons on a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>**ELIZABETH MARIE LAMBRIGHT**<br>*Defendant* | )<br>)<br>)<br>)  Case No.  **0979 3:20CR00318-001-SI**<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before United States District Court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: **United States District Court**<br>**Mark O. Hatfield U.S. Courthouse**<br>**1000 SW 3rd Avenue**<br>**Portland, OR  97204** | Courtroom No.: **13B** |
|---|---|
| | Date: **Wednesday, June 18, 2025** |
| | Time: **1:30 P.M.** |
| | *Arrive at the U.S. Marshals Service office inside the courthouse for processing one hour before the court hearing time listed on this Summons.* |

This offense is briefly described as follows:
*See Petition for Summons and Order to Show Cause.*

Date: June 3, 2025

*Issuing officer's signature*

Michael H. Simon, U.S. District Court Judge
*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: 6/4/2025

*Server's signature*

Wayne Poton   Sr. U.S Probation Officer
*Printed name and title*