WILLIAM M. NARUS, CAB #243633
Acting United States Attorney
District of Oregon
**KATHERINE A. RYKKEN, CAB #267196**
Assistant United States Attorney
Katherine.Rykken@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00318-SI |
| v. | **NOTICE OF SUBSTITUTION OF ASSISTANT UNITED STATES ATTORNEY** |
| **ELIZABETH MARIE LAMBRIGHT,** | |
| **Defendant.** | |

Please be advised that the above-captioned case has been reassigned from former United States Attorney Natalie K. Wight to Assistant United States Attorney Katherine A. Rykken, who can be contacted via e-mail at Katherine.Rykken@usdoj.gov. Please remove former United States Attorney Natalie K. Wight from further service and electronic notices in this case.

Dated: June 5, 2025

Respectfully submitted,

WILLIAM M. NARUS
Acting United States Attorney

*/s/ Katherine A. Rykken*
KATHERINE A. RYKKEN, CAB #267196
Assistant United States Attorney

**Notice of Substitution of Assistant United States Attorney**                                **Page 1**