# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **ORDER SETTING CONDITIONS** |
| v. | **OF RELEASE** |
| **ELIZABETH MARIE LAMBRIGHT** | DOCKET NO. 0979 3:20CR00318-001-SI |

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violations of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear as directed by U.S. District Court.

### Additional Conditions of Release

IT IS FURTHER ORDERED that the defendant be released from custody under the supervision of U.S. Probation and the following additional conditions:

- Report as directed by the U.S. Probation Office.
- Abide by previously imposed conditions of probation or supervised release.
- You must participate in a location monitoring program until your final disposition hearing on your supervised release violation. During this period, you are subject to a curfew and your movement in the community is restricted as follows: You are restricted to your residence every day, from the hours of 9:00 P.M. to 6:00A.M. These hours may be adjusted to conform to an employment schedule at the discretion of the probation officer. Unless otherwise specified by the Court, your participation in the location monitoring program will be monitored using technology approved by the probation officer, which may include radio frequency (RF) monitoring, GPS monitoring, or voice recognition. You must abide by all technology requirements. You must follow the program rules and pay all or part of the costs of participation in the location monitoring program as directed by the Court or the probation officer.

### Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for no more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for no more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned no more than two years, or both;

Order Setting Conditions of Release – AO-199A

**LAMBRIGHT, ELIZABETH**                                                          Order Setting Conditions of Release

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both;

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Elizabeth Lambright_
Signature of Defendant

_Keizer, OR 97303_
City, State & Zip

**Special Needs Finding:**

Based upon the above conditions, including the conditions relating to:

☐ Alcohol detection

☐ Drug detection

☐ Computer Monitoring

The Court is reasonably assured the defendant will appear as directed and not pose a danger to the community or any other person.

**Directions to the United States Marshal:**

☐ Defendant is ORDERED released after processing.

☐ The United States Marshal is ORDERED to keep the defendant in custody until a bed becomes available at an inpatient drug treatment center. The defendant is to be released at the direction of the U.S. Probation Officer.

☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the Clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant shall be produced before the duty Magistrate Judge on _____ at _____

Respectfully submitted,
by _Wayne Poton_
Wayne Poton
Senior U.S. Probation Officer
Date: June 18, 2025

Date: _June 18, 2025_

Approved,
by _Johnathan M. Smith_
Johnathan Smith
Supervising U.S. Probation Officer
Date: June 18, 2025

_[signature]_
Signature of Judicial Officer

The Honorable Stacie F. Beckerman
U.S. Magistrate Judge
Name and Title of Judicial Officer

cc: Defendant, U.S. Attorney, U.S. Marshal

6654871

Order Setting Conditions of Release – AO-199A